No. 109. THE JAMES MCCREERY REALTY CORPORATION, PLAINTIFF IN ERROR, *v.* THE EQUITABLE NATIONAL BANK. In error to the City Court of the city of New York. Submitted November 16, 1906. Decided November 19, 1906. *Per Curiam.* Judgment affirmed with costs. *Dower* v. *Richards,* 151 U. S. 658; *McCormick* v. *Market National Bank,* 165 U. S. 538; *California National Bank* v. *Kennedy,* 167 U. S. 367. *Mr. Eugene G. Kremer* for plaintiff in error. *Mr. Charles A.. Hess* for defendant in error.

No. 110. DAVID LAMAR, PLAINTIFF IN ·ERROR, *v.* ALBERT G. SPALDING. In error to the Court of Errors and Appeals of the State of New Jersey. Argued for defendant in error and submitted for plaintiff in error November 16, 1906. Decided· November 19, 1906. *Per Curiam.* Judgment affirmed with costs. *Louisville and Nashville Railroad Company* v. *Schmidt,* 177 U. S. 230. Case below, 68 N. J. Eq. 686. *Mr. Alan H. Strong* and *Mr. Harry Allen Mendelson* for plaintiff in error. *Mr. Edmund Wilson* for defendant in error.